**Order entered March 31, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00071-CV

### LENDINGHOME FUNDING CORPORATION, Appellant

### V.

### TUESDAY REAL ESTATE, LLC, KEVIN MILLER, HARVA DALE MILLER, AND ROXANNE L. MILLER, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-00266

### ORDER

Before the Court is appellant's March 27, 2020 second motion for extension of time to file appellant's brief. Appellant asks the deadline be extended to June 5, 2020, to allow the parties an opportunity to mediate.

We **GRANT** the motion and **ORDER** appellant to file, no later than June 5, 2020, their opening brief, a status report, or a motion to dismiss the appeal.

/s/  ERIN A. NOWELL
    JUSTICE